UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLAUDELL GREEN, | Case No. CV 10-5603-VAP(AJW) |
| Petitioner, | JUDGMENT |
| v. | |
| DOMINGO URIBE, JR., Warden | |
| Respondent. | |

**IT IS HEREBY ADJUDGED** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: August 6, 2010__

_____
Virginia A. Phillips
United States District Judge